IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| HAREY J. ISRAEL, | ) | Case No. 04-41018 |
| | ) | |
| Debtor. | ) | Judge John D. Schwartz |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING
<u>ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE</u>**

To:  See Attached Service List

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

    On:  **October 18, 2007**                                    Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $56,631.41 |
    | Disbursements | $11,559.85 |
    | Net Cash Available for Distribution | $45,071.56 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicants | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| **Daniel Hoseman, Trustee** | **$0.00** | **$6,081.57** | **$27.86** |
| **Steven R. Radtke**<br>  Attorneys for Trustee | **$11,559.85** | **$2,437.50** | **$0.00** |
| **CBIZ Accounting, Tax and Advisory Services, LLC** | **$0.00** | **$3,188.00** | **$0.00** |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling **$886,469.27** have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be **3.7606%.**

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00001 | Dykema Gossett Roots, Pitts, PLLC<br>10 S. Wacker, Ste. 2300<br>Chicago, IL 60606 | $ 64,013.94 | $ 2,407.31 |
| 00002 | Department of the Treasury<br>Internal Revenue Service<br>230 S. Dearborn<br>Stop 5016-CHI<br>Chicago, IL 60604 | $ 402.47 | $ 15.13 |
| 00003 | eCAST Settlement Corporation,<br>Assignee of<br>MBNA America Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | $ 26,843.80 | $ 1,009.49 |
| 00004 | Brown CPA Group, Ltd.<br>666 Dundee Road<br>Suite 1603<br>Northbrook, IL 60062 | $ 9,283.45 | $ 349.11 |

| | | | |
|---|---|---|---|
| 0005* | Northbrook Bank & Trust Company<br>1100 Waukegan Road<br>Northbrook, IL 60062-4663 | $781,338.25 | $29,383.08 |
| 00006 | Statland and Valley<br>Attorneys at Law<br>10 S. LaSalle Street, Suite 900<br>Chicago, IL 60603 | $ 4,587.36 | $   172.51 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has / has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

**At the final hearing, Trustee seeks to abandon any estate interest in the family home (780,000 – tenancy by the entirety), life insurance policies (7,441), IRA (89,000), leased auto (unknown), financed auto (unknown), wearing apparel (unknown), books, etc. (unknown), household goods (unknown), and bank account (1,500) all claimed as exempt without objection.**

Dated: **September 18, 2007**              For the Court,

                                           By: **KENNETH S. GARDNER**
                                               Kenneth S. Gardner
                                               Clerk of the U.S. Bankruptcy Court
                                               219 S. Dearborn St., 7th Floor
                                               Chicago, Illinois 60604

Daniel Hoseman
PO Box 279
Highland Park, IL 60035
isrlnot

---

* Pursuant to order of court dated March 30, 2006 approving settlement agreement entered into by and among Harey Israel, David Israel, Daniel Hoseman, permenant Trustee in the Chapter 7 bankruptcy proceeding of Harey Israel, Case No. 04 B 41018, the George Trefonas Marital Trust, the George Trefonas Residuary Trust, Nea Stevens, Patricia Israel, Eva Trefonas and Marge Trefonas.