IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| HAREY J. ISRAEL, | ) | Case No. 04-41018 |
| | ) | |
| Debtor. | ) | Judge John D. Schwartz |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING
ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To:  See Attached Service List

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

   On:  **October 18, 2007**                                                Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $56,631.41 |
   | Disbursements | $11,559.85 |
   | Net Cash Available for Distribution | $45,071.56 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicants | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| **Daniel Hoseman, Trustee** | $0.00 | $6,081.57 | $27.86 |
| **Steven R. Radtke**<br>  Attorneys for Trustee | $11,559.85 | $2,437.50 | $0.00 |
| **CBIZ Accounting, Tax and Advisory Services, LLC** | $0.00 | $3,188.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling **$886,469.27** have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be **3.7606%.**

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00001 | Dykema Gossett Roots, Pitts, PLLC<br>10 S. Wacker, Ste. 2300<br>Chicago, IL 60606 | $ 64,013.94 | $ 2,407.31 |
| 00002 | Department of the Treasury<br>Internal Revenue Service<br>230 S. Dearborn<br>Stop 5016-CHI<br>Chicago, IL 60604 | $ 402.47 | $ 15.13 |
| 00003 | eCAST Settlement Corporation,<br>Assignee of<br>MBNA America Bank, N.A.<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | $ 26,843.80 | $ 1,009.49 |
| 00004 | Brown CPA Group, Ltd.<br>666 Dundee Road<br>Suite 1603<br>Northbrook, IL 60062 | $ 9,283.45 | $ 349.11 |

| | | | |
|---|---|---|---|
| 0005* | Northbrook Bank & Trust Company<br>1100 Waukegan Road<br>Northbrook, IL 60062-4663 | $781,338.25 | $29,383.08 |
| 00006 | Statland and Valley<br>Attorneys at Law<br>10 S. LaSalle Street, Suite 900<br>Chicago, IL 60603 | $ 4,587.36 | $  172.51 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has / has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

**At the final hearing, Trustee seeks to abandon any estate interest in the family home (780,000 – tenancy by the entirety), life insurance policies (7,441), IRA (89,000), leased auto (unknown), financed auto (unknown), wearing apparel (unknown), books, etc. (unknown), household goods (unknown), and bank account (1,500) all claimed as exempt without objection.**

Dated: **September 18, 2007**        For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn St., 7th Floor
Chicago, Illinois 60604

Daniel Hoseman
PO Box 279
Highland Park, IL 60035
isrlnot

---

\* Pursuant to order of court dated March 30, 2006 approving settlement agreement entered into by and among Harey Israel, David Israel, Daniel Hoseman, permenant Trustee in the Chapter 7 bankruptcy proceeding of Harey Israel, Case No. 04 B 41018, the George Trefonas Marital Trust, the George Trefonas Residuary Trust, Nea Stevens, Patricia Israel, Eva Trefonas and Marge Trefonas.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7                  Page 1 of 1                Date Rcvd: Sep 18, 2007
Case: 04-41018                      Form ID: pdf002              Total Served: 27

The following entities were served by first class mail on Sep 20, 2007.
 db          +Harey J Israel,   2111 Mallard Drive,   Northbrook, IL 60062-6600
 aty         +Adam P. Silverman,   Adelman & Gettleman, Ltd.,   53 West Jackson Blvd.,   Suite 1050,
               Chicago, IL 60604-3786
 aty         +Max Chill,   Chill Chill & Radtke,   20 N Clark Street Ste 1425,   Chicago, IL 60602-4109
 aty         +Sam Banayan,   Adelman & Gettleman Ltd,   53 West Jackson Blvd,   Suite 1050,
               Chicago, IL 60604-3786
 aty         +Steven R Radtke,   Chill Chill & Radtke P C,   79 W. Monroe Street,   Suite 1305,
               Chicago, IL 60603-4925
 tr          +Daniel Hoseman,   PO Box 279,   Highland Park, IL 60035-0279
 8654921     +Advocate Medical Group,   701 Lee Street,   Des Plaines, IL 60016-4539
 8654922     +Bank of America,   P.O. Box 2493,   Norfolk, VA 23501-2493
 8654923     +Brown CPA Group, Ltd.,   666 Dundee Road,   Suite 1603,   Northbrook, IL 60062-2737
 8654924     +Chrysler Financial,   P.O. Box 9223,   Farmington, MI 48333-9223
 8654925     +Citi Visa Cards,   P.O. Box 91600,   Albuquerque, NM 87199-1600
 8654926     +David S. Israel,   P.O. Box 454,   Deerfield, IL 60015-0454
 8806728     +Dykema Gossett Rooks Pitts, PLLC,   10 S. Wacker, Ste 2300,   Chicago, IL 60606-7509
 8654927     +Foley & Lardner,   321 N. Clark,   Chicago, IL 60610-4714
 8654928     +General Motors Acceptance Corporation,   2740 Arthur Street,   Roseville, MN 55113-1303
 8654929      George Trefonas Living Trust,   c/o Nea Stevens,   267 Firetower Lane,   Camden, SC 29020
 8936821    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,   Internal Revenue Service,
               230 S Dearborn,   Stop 5016-CHI,   Chicago, IL 60604)
 8654931    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
 8654930     +Illinois Department of Revenue,   100 W. Randolph,   Bankruptcy Section-Level 7-425,
               Chicago, IL 60601-3218
 8654932     +MBNA America,   P.O. Box 15137,   Wilmington, DE 19850-5137
 8654933     +McCorkle Court Reporters,   200 N. LaSalle Street,   Suite 300,   Chicago, IL 60601-1043
 8654934     +Northbrook Bank & Trust Company,   1100 Waukegan Road,   Northbrook, IL 60062-4663
 8654935     +Northland Group, Inc.,   Re: Worldcom Wireless, Inc.,   P.O. Box 390857,   Edina, MN 55439-0857
 8654936     +Patricia Israel,   2111 Mallard Drive,   Northbrook, IL 60062-6600
 8654937     +Rooks Pitts,   Attorneys at Law,   10 S. Wacker Drive, Suite 3200,   Chicago, IL 60606-7409
 8654938     +Statland and Valley,   Attorneys at Law,   10 S. LaSalle Street, Suite 900,
               Chicago, IL 60603-1016
 8971025      eCAST Settlement Corporation, assignee of,   MBNA America Bank N.A.,   P.O. Box 35480,
               Newark, NJ  07193-5480

The following entities were served by electronic transmission on Sep 19, 2007.
 8654922     +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 19 2007 04:15:07      Bank of America,
               P.O. Box 2493,   Norfolk, VA 23501-2493
 8654932     +E-mail/PDF: bankofamericaebn@americaninfosource.com Sep 19 2007 04:15:07      MBNA America,
               P.O. Box 15137,   Wilmington, DE 19850-5137
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 20, 2007**                    **Signature:** _Joseph Speetjens_