IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| HAREY J. ISRAEL, | ) | Hon. John D. Schwartz |
| | ) | |
| Debtor. | ) | Case No. 04-41018 |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To:   The Honorable John D. Schwartz
        United States Bankruptcy Judge

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth in Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated:     May 28, 2008

                                                            **/s/ Daniel Hoseman**
                                                                    **Trustee**

ISRLTRFA

# EXHIBIT A

## COMPENSATION ORDERS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| HAREY J. ISRAEL, | ) | Judge John D. Schwartz |
| | ) | |
| Debtor. | ) | Case No. 04 B 41018 |

### ORDER ALLOWING COMPENSATION TO THE TRUSTEE'S COUNSEL

THIS CAUSE COMING ON TO BE HEARD on the Second and Final Application for Allowance of Compensation to the Trustee's Counsel, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the request for compensation is allowed as follows:

1. Counsel for the Trustee:

    a. Compensation        $2,437.50

    b. Expenses            $    0.00

        **TOTAL:**        $2,437.50

IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day
of _____, 2007.

**ENTERED**

ENTER:        OCT 1 8 2007

JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
**BANKRUPTCY JUDGE**

**PREPARED AND SUBMITTED BY:**

STEVEN R. RADTKE
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, Illinois 60603
(312) 346-1935
ARDC #03124816
israelfee2fkz/8-7-07

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | | ) | IN BANKRUPTCY |
| | | ) | |
| HAREY J. ISRAEL, | | ) | Case No. 04-41018 |
| | | ) | |
| | Debtors. | ) | Judge John D. Schwartz |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Application for Compensation and Expenses, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows:

1.   Trustee's Compensation                    $6,081.57

2.   Trustee's Expenses                        $ . 27.86

                        TOTAL                  $6,109.43

IT IS FURTHER ORDERED that the Trustee is authorized to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day
of _____, 2007.

**ENTERED**

ENTERED:        OCT 1 8 2007

JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

_____
UNITED STATES BANKRUPTCY JUDGE

*SUBMITTED AND PREPARED BY:*

STEVEN R. RADTKE
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
ARDC: 03124816

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN BANKRUPTCY |
| | ) | |
| HAREY J. ISRAEL, | ) | Judge John D. Schwartz |
| | ) | |
| Debtor. | ) | Case No. 04 B 41018 |

### ORDER TO PAY ACCOUNTING FEES

THIS CAUSE COMING ON TO BE HEARD on the First and Final Application To Pay
Fees To CBIZ ACCOUNTING, TAX & ADVISORY SERVICES, LLC, for accounting services,
and an Affidavit of the service of notice having been filed, and the Court being fully advised in
the premises,

IT IS HEREBY ORDERED that Daniel Hoseman, Trustee, is authorized and directed to
pay to CBIZ ACCOUNTING, TAX & ADVISORY SERVICES, LLC the sum of $3,188.00.

DATED AT: Chicago, Illinois
the _____ day of _____, 2007.

**ENTERED**

ENTER:          OCT 1 8 2007

JOHN D. SCHWARTZ, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

_____
**BANKRUPTCY JUDGE**

PREPARED AND SUBMITTED BY:

STEVEN R. RADTKE
CHILL, CHILL & RADTKE, P.C.
Attorneys for Trustee
79 West Monroe Street, Suite 1305
Chicago, IL 60603
(312) 346-1935
ARDC: 03124816
isrlrbfee/kz/8-1-07

# EXHIBIT B

## DISTRIBUTION REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:          )          IN BANKRUPTCY
                          )
HAREY J. ISRAEL,          )          Case No. 04-41018
                          )
              Debtors.     )          Judge John D. Schwartz

## TRUSTEE'S FINAL DISTRIBUTION REPORT

I, DANIEL HOSEMAN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review, I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $11,734.93 |
| Chapter 11 Administrative Expenses: | $0 |
| Priority Claims (507)(a)(3)-(a)(6): | $0 |
| Secured Tax Liens: | $0 |
| Priority Tax Claims | $0 |
| General Unsecured Claims: | $33,336.63 |
| Other:  Additional Interest Earned | $     39.88 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$45,111.44** |

## DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fee pursuant to 28 U.S.C. 1930(6)) | $11,734.93 | 100% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 0 | DANIEL HOSEMAN, TRUSTEE P.O. Box 279 Highland Park, IL 60035 | $6,109.43 | $6,109.43 |
| 0 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, PC 79 W. Monroe Street, #1305 Chicago, IL 60603 | $2,437.50 | $2,437.50 |
| 0 | CBIZ Accounting, Tax & Advisory Services, LLC One South Wacker Dr., #1800 Chicago, IL 60606 | $3,188.00 | $3,188.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

**DISTRIBUTION REPORT**                                                                PAGE 2 of 7

| 3.  TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(2) - Gap Claims arising in involuntary cases and allowed pursuant to §502(f) | | NONE | |
| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 4.  TYPE OF CLAIMS | | | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $2,000 | | | | NONE | |
| NUMBER    CREDITOR | FICA & MED WITHHELD (7.65%) | FED. TAX WITHHELD (28.0%) | IL TAX WITHHELD (3.0%) | NET CHECK | |

| 5.  TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | | NONE | |
| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 6.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | NONE | |

## DISTRIBUTION REPORT                                          PAGE 3 of 7

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§507(a)(6) - Deposits
by consumers to the extent
of $1,800                      NONE

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§507(a)(7) - Alimony,
Maintenance or Support

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

§724(b)Tax Liens
§507(a)(8) - Tax claims              None              0%
excluding fines and penalties

**DISTRIBUTION REPORT**                                                            PAGE 4 of 7

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | NONE | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full | $886,469.27 | 3.7606% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 00001 | Dykema Gossett Roots, Pitts, PLLC 10 S. Wacker, Ste. 2300 Chicago, IL 60606 | $ 64,013.94 | $ 2,407.31 |
| 00002 | Department of the Treasury Internal Revenue Service 230 S. Dearborn Stop 5016-CHI Chicago, IL 60604 | $ 402.47 | $ 15.13 |
| 00003 | eCAST Settlement Corporation, Assignee of MBNA America Bank, N.A. P.O. Box 35480 Newark, NJ 07193-5480 | $ 26,843.80 | $ 1,009.49 |

**DISTRIBUTION REPORT**                                                 **PAGE 5 of 7**

| 00004 | Brown CPA Group, Ltd.<br>666 Dundee Road<br>Suite 1603<br>Northbrook, IL 60062 | $ 9,283.45 | $   349.11 |
| 00005* | Northbrook Bank & Trust Company<br>1100 Waukegan Road<br>Northbrook, IL 60062-4663 | $781,338.25 | $29,422.96 |
| 00006 | Statland and Valley<br>Attorneys at Law<br>10 S. LaSalle Street, Suite 900<br>Chicago, IL 60603 | $ 4,587.36 | $   172.51 |

| **12.  TYPE OF CLAIMS** | **TOTAL<br>AMOUNT OF CLAIMS** | **FINAL<br>DIVIDEND%** |
|---|---|---|
| §726(a)(3) - Late unsecured claims | NONE | |

| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF<br>ALLOWED CLAIM** | **AMOUNT OF<br>DIVIDEND** |
|---|---|---|---|

| **13.  TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND%** |
|---|---|---|
| §726(a)(4) - Fines/penalties | NONE | |

\* Pursuant to order of court dated March 30, 2006 approving settlement agreement entered into by and among Harey Israel, David Israel, Daniel Hoseman, permenant Trustee in the Chapter 7 bankruptcy proceeding of Harey Israel, Case No. 04 B 41018, the George Trefonas Marital Trust, the George Trefonas Residuary Trust, Nea Stevens, Patricia Israel, Eva Trefonas and Marge Trefonas.

**DISTRIBUTION REPORT**                                                                PAGE 6 of 7

| | | TOTAL | FINAL |
|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |

| | TOTAL | FINAL |
|---|---|---|
| **14. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND%** |
| §726(a)(5) - Interest | NONE | |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED CLAIM AMOUNT OF** | **FINAL DIVIDEND** |
|---|---|---|---|

| | TOTAL | FINAL |
|---|---|---|
| **15. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND%** |
| §726(a)(6) - Surplus to Debtor | NONE | |

| **CLAIM NUMBER** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

00007            Northbrook Bank & Trust Company
                 1100 Waukegan Road
                 Northbrook, IL 60062

DISTRIBUTION REPORT                                                    PAGE 7 of 7

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:      May 28, 2008

/s/  Daniel Hoseman
Trustee

## EXHIBIT C

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

·C

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.             04-41018
Case Name:           H.Israel
Taxpayer ID #:       30-6112139
For Period Ending:   12-31-07

Trustee Name:                      D.Hoseman
Bank Name:                         LaSalle
Checking Acct. #:                  5800954702
Blanket bond (per case limit):     5 mil
Separate bond (if applicable):

| 1 Transaction Date | 2 Check or Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 6-7-06 | H | D.Israel | settlement per o/c | 1241-00x | 12000.00 | | 12000.00 |
| 7-5-06 | 1001 | Chill&Radtke | atty fees o/c | 3210-00x | | 11559.85 | 440.15 |
| 12-6-07 | 7 | TRANSFER FROM CD | PROCEEDS TO DISBURSE | 9999-000 | 44671.29 (T) | | 45111.44 |
| 12-7-07 | 1002 | D.Hoseman | trustee fees + costs | 2100-00x | | 6109.43 | 39002.01 |
| 12-7-07 | 1003 | Chill+Radtke | att fees + costs | 3210-00x | | 2437.50 | 36564.51 |
| 12-7-07 | 1004 | CBIZ | acc't fees | 3410-00x | | 3188.00 | 33376.51 |
| 12-7-07 | 1005 | Dykema G. | claim #1 | 7100-00x | | 2407.31 | 30969.20 |
| 12-7-07 | 1006 | IRS | claim #2 | 7100-00x | | 15.13 | 30854.07 |
| 12-7-07 | 1007 | eCost | claim #3 | 7100-00x | | 1009.49 | 29944.58 |
| 12-7-07 | 1008 | Brown | claim #4 | 7100-00x | | 349.11 | 29595.47 |
| 12-7-07 | 1009 | Neighbrook Bank | claim #5 | 7100-00x | | 29422.96 | 172.51 |
| 12-7-07 | 1010 | Statland+V | claim #6 | 7100-00x | | 172.51 | - 0 - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COLUMN TOTALS
Less: Bank transfers/CDs       56671.29       56671.29
Subtotal
Less: Payments to debtors
Net                            - 0 -